# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 5, 2021

### NO. 03-20-00584-CV

**Judy A. Guyaux, Appellant**

**v.**

**Walnut Springs Homeowners Association, Inc.; Aaron J. Mitchell; Jennifer K. Mitchell; Michael Mitchell; and Mary Angela Mitchell, Appellees**

---

**APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
DISMISSED -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the judgment signed by the trial court on May 15, 2020. Having reviewed the record, the Court agrees that this appeal should be consolidated into cause number 03-20-00585-CV and that this cause should be dismissed. Therefore, the Court consolidates this cause, transfers all the records and filings in this cause number to cause number 03-20-00585-CV and dismisses cause number 03-20-00584-CV. The costs will be assessed on the disposition of cause number 03-20-00585-CV.